1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES R. TORRANCE,

                    Plaintiff,

    v.

RICK SCOTT, et al.,

                 Defendants.

CASE NO. C22-5295 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13

14

       This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 12.

15

16

17

18

19

       Torrance brought a 42 U.S.C. § 1983 action, arguing that he was forced into

agreeing to a plea deal because there were cameras and microphones in the lawyer-client

visiting rooms at the Grays Harbor County Jail, where he was confined pre-trial, and he

therefore did not believe he could get a fair trial. *See* Dkt. 9. Torrance seeks dismissal of

his charges and $1.8 million in damages. *Id.*

20

21

22

       Judge Peterson ordered Torrance to show cause why his complaint should not be

dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a cognizable claim. Dkt.

10. In that order, Judge Peterson explained that "a § 1983 claim that calls into question

ORDER - 1

1    the lawfulness of a plaintiff's conviction or confinement does not accrue 'unless and until

2    the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant

3    of a writ of habeas corpus.'" *Id.* at 2 (quoting *Heck v. Humphrey*, 512 U.S. 477 (1994)).

4    Torrance failed to explain in his response why his complaint should not fail under *Heck*.

5         The R&R therefore recommends dismissing Torrance's complaint for failure to

6    state a cognizable claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Torrance did not object.

7         The Court having considered the R&R and the remaining record, and no

8    objections having been filed, does hereby order as follows:

9       (1)    The R&R is **ADOPTED**;

10      (2)    Plaintiff James R. Torrance's Complaint is DISMISSED without prejudice

11            pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

12      (3)    The Clerk shall enter JUDGMENT and close this case; and

13      (4)    The Clerk is directed to send copies of this Order to Torrance and to Judge

14            Peterson.

15    Dated this 7th day of September, 2022.

16

17

18                         BENJAMIN H. SETTLE
                          United States District Judge

19

20

21

22

ORDER - 2